FILED

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

08 JAN 28 AM 10:55

Name  MAUPIN    David
      (Last)    (First)    (Initial)

Prisoner Number  T-08117

Institutional Address  SQRC  Gym 90
San Quentin CA  94964

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maupin David
(Enter the full name of plaintiff in this action.)

vs.

CDCR Director Tilman
Et alii e contren
Does 1 - 100

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

TEH
(PR)

*[All questions on this complaint form must be answered in order for your action to proceed.]*

1. Exhaustion of Administrative Remedies

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement   San Quentin

   B. Is there a grievance procedure in this institution?
      YES (✓)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES ( )    NO (✓)

   D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___N/a___

___N/a___ 2. First formal level

3. Second formal level ___N/a___

___ 4 Third formal level ___N/a___

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. ___No jurisdiction per Valdivia Settlement (EO) Civ___

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Maupin D.W T-08117
SQRC Gym 90
San Quentin Ca 94964

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT - 2 -

1 | place of employment.
2 | CDCR Director Tilman
3 | CDC K street Sacramento CA
4 |
5 |
6 | III.
7 | Statement of Claim
8 | State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | Plaintiff should have had 3 years Parole
13 | starting 10/31/2001. Defendant Failed to
14 | release the Plaintiff From parole 10/31/04.
15 | Defendant continues to Violate Plaintiff's
16 | liberty and Falsely imprisons Plaintiff.
17 |
18 | Plaintiff has spent 15 months in
19 | Prison For technical Rule Violations
20 | since 10/31/04.
21 |
22 |
23 |
24 |
25 | IV.    Relief
26 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                              - 3 -

1  Plantiff wishes to be Compensated for
2  15 months False Imprisonment. and
3  any other Remedies the court sees fit.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this 20th day of January, 20 08

   _____
   (Plaintiff's signature)

COMPLAINT                          - 4 -

Maupin T-08117
SQCC Gym 90
San Quentin
CA 94964



Court Clerk
of United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA
94102



Legal Mail

RECEIVED
08 JAN 28 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sweet 1-20-08