FILED

JAN 28 AM 10:58

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Maupin D.,         Plaintiff,

vs.

CDCR Titman

         Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

TEH
(PR)

I, D Maupin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____   Net: _____∅_____

Employer: _____N/A ∅_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Motel (6) Six   Desk Clerk_____
5  _____$6.00 hourly circa 1995_____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.     Business, Profession or      Yes ___ No ✓
10           self employment
11     b.     Income from stocks, bonds,      Yes ___ No ✓
12           or royalties?
13     c.     Rent payments?      Yes ___ No ✓
14     d.     Pensions, annuities, or      Yes ___ No ✓
15           life insurance payments?
16     e.     Federal or State welfare payments,      Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____

23 3. Are you married?      Yes ___ No ✓
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____Ø_____ Net $_____Ø_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____Ø_____

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/a

5. Do you own or are you buying a home? Yes ___ No ✓
Estimated Market Value: $ ∅   Amount of Mortgage: $ ∅

6. Do you own an automobile? Yes ___ No ✓
Make ∅  Year ∅  Model ∅
Is it financed? Yes ___ No ✓  If so, Total due: $ ∅
Monthly Payment: $ ∅

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: ∅

Present balance(s): $ ∅
Do you own any cash? Yes ___ No ✓ Amount: $ ∅
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ ∅   Utilities: ∅
Food: $ ∅   Clothing: ∅
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| | $ | $ |
| | $ | $ |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ N/a _____
4 | _____

5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___  No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ N/a _____
10 | _____

11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 |
16 | 1/20/08                           [signature]
17 | DATE                              SIGNATURE OF APPLICANT