1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14

| DAVID W. MAUPIN, | ) | No. C 08-0633 TEH (PR) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CDCR DIRECTOR TILMAN, et al, | ) | |
| Defendants. | ) | |
| _____ | ) | |

15
16

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice.

17

SO ORDERED.

18
19

DATED:  02/05/08

THELTON E. HENDERSON
United States District Judge

20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. MAUPIN,

        Plaintiff,

  v.

TILMAN, et al,

        Defendant.

                                      Case Number: CV08-00633 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David W. Maupin #T-08117
San Quentin State Prison
San Quentin, CA 94964

Dated: February 6, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk