

FILED

1 COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

08 JAN 28 AM 10: 58

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3 Name  MAUPIN    David
4       (Last)      (First)      (Initial)
5 Prisoner Number  T-08117
6 Institutional Address  SQRCC Gym 90
7                        San Quentin CA  94964

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Maupin David
(Enter the full name of plaintiff in this action.)

vs.

CDCR Director Tilman
Et alii e contra
Does 1-100

(Enter the full name of the defendant(s) in this action)

C 08     0633    TEH (PR)

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement  San Quentin

B. Is there a grievance procedure in this institution?
   YES (✓)    NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES ( )    NO (✓)

D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -